IN RE:  Green, Kendall R                )         Case No.  10 B 03896
                                        )         Judge Pamela S. Hollis
                                                  Date   02/28/12

                                                  Debtor Attorney:

                                                  Heller & Richmond Ltd
                                                  33 N Dearborn St Ste 1907
                                                  Chicago, IL  60602

Kendall R. Green
5028 W Ohio
Chicago, IL  60644                                Mail


Mail

# Notice of Payment of Final Mortgage Cure Amount

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O. Marshall, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  GMAC Mortgage Corporation

### Final Cure Amount

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 2 | 1736 COC | $ 3,428.14 | $ 3,428.14 | $ 3,428.14 |
| Total Amount Paid by Trustee | | | | $ 3,428.14 |

### Monthly Ongoing Mortgage Payment

Mortgage is Paid:

_____ Through the Chapter 13 Conduit      __X__ Direct by the Debtor(s)

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 28th day of February, 2012.


02/28/12
Date

/s/ Rosalind Lanier
        Marilyn O. Marshall
        Chapter 13 Trustee
        Office of the Chapter 13 Trustee
        Suite 800
        224 South Michigan Avenue
        Chicago, IL  60604-2500


**Debtor**
Kendall R. Green
5028 W Ohio
Chicago, IL  60644

**US Trustee**
Patrick S. Layng
Office of the United States Trustee
Dirksen Federal Court House
219 S Dearborn St Rm 873
Chicago, IL 60604

**Claim Holder**
GMAC Mortgage Corporation
Mail Code 507 345 110
3451 Hammond Ave
Waterloo, IA  50702


**Debtor Attorney**
Heller & Richmond Ltd
33 N Dearborn St Ste 1907
Chicago, IL  60602

**Attorney for Claim Holder**
C/O GMAC Mortgage Corporation
Mail Code 507 345 110
3451 Hammond Ave
Waterloo, IA  50702